AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED
*February 24, 2021*
Nathan Ochsner, Clerk of Court

United States of America
v.
Emilio Luis CANO
and
Jeremy CASCO

*Defendant(s)*

Case No.  **4:21mj0367**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____February 23, 2021____ in the county of ____Harris____ in the ____Southern____ District of ____Texas____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C., Section 841 (a)(1) and (b)(1)(A)(i) | Knowingly, intentionally, and unlawfully possess with intent to distribute over 1 kilogram of a mixture or substance containing heroin, a Schedule I controlled substance. |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Craig Mischler, DEA Special Agent
*Printed name and title*

~~Sworn to before me and signed in my presence.~~
Sworn to by telephone.
Date: ____02/24/2021____

_____
*Judge's signature*

City and state: ____Houston, Texas____

Peter Bray, U.S. Magistrate Judge
*Printed name and title*

**Attachment "A"**

Your affiant, DEA Special Agent Craig Mischler, being duly sworn, deposes and states the following:

1. In February of 2021, DEA agents learned from a confidential source that a cocaine transaction was to occur at the residence located at 803 Foxborough Lane, Missouri City, TX, on February 23, 2021, in the early afternoon. At approximately 1:00 pm, agents and officers established surveillance around the residence. At approximately 2:16 pm, agents observed a white Lincoln SUV, followed by a blue Subaru sedan and a black Kia sedan all arrive and park in the driveway area at 803 Foxborough Lane. Agents observed a black male wearing a black sweatshirt and a black hat greeting two Hispanic males wearing a light-collared shirt and a grey shirt. The two Hispanic males both had black backpacks slung over their shoulders. All three individuals went inside the home at 803 Foxborough Lane. Agents observed that the Hispanic male with the light-collared shirt came from the white Lincoln SUV, and the Hispanic male with the grey shirt came from the blue Subaru sedan. Agents observed the third individual stayed in the driver's seat of the black Kia sedan.

2. At approximately 2:26 pm, agents observed the white Lincoln SUV back out of the driveway and depart the area. At approximately 2:28 pm, a marked patrol unit of the Missouri City Police Department conduced a traffic stop of the Lincoln SUV. The driver of the Lincoln was identified as Jeremy CASCO and CASCO was detained.

3. At approximately 2:29 pm, agents observed the blue Subaru sedan back out of the driveway, reposition and back into the driveway, momentarily, and then depart the area. At approximately 2:31 pm, a marked patrol unit of the Missouri City Police Department conducted a traffic stop of the Subaru sedan. As the Officer made contact with the driver of the Subaru, a black backpack was visible to the Officer in the front passenger area of the Subaru. The driver of the Subaru was identified as Emilio Luis CANO. A search of the black backpack yielded six kilogram-sized tape-wrapped bundles. CANO was read his Miranda Rights and agreed to answer questions. CANO said he knew the six bundles were drugs but didn't know what variety. CANO said he had agreed to help an unknown male with the transaction and had met a driver of a white Lincoln SUV at a Shell gas station,

and then traveled to 803 Foxborough Lane. CANO said when the Lincoln SUV left the residence, an unknown short overweight black male had told CANO to back into the driveway so the backpack could be placed in the passenger window. CANO said the short overweight black male had physically placed the backpack in the Subaru.

4. Subsequent to each traffic stop, officers observed the cellular telephones of both CASCO and CANO ringing repeatedly. Surveillance agents observed the Hispanic male driver of the Kia sedan repeatedly making telephone calls during this time.

5. At approximately 3:00 pm, agents observed the Hispanic male driver of the Kia sedan exit the vehicle and enter the residence. At approximately 3:10 pm, agents observed the Hispanic male driver talking on the telephone, and then take a seat in the driver's side of the Kia sedan. At approximately 3:12 pm, agents and officers and marked Missouri City police units approached the residence. The driver of the Kia sedan was detained by police. Standing near a barbecue grill in the front yard was an older black male. Agents detained the older black male in the front yard and knocked and announced themselves as police to any occupants of the residence. At that time, a second black male opened the door, and was asked by agents who else was in the house. That individual couldn't answer the question, except that "Pops" was in there. Agents asked the second black male to exit the residence where he was detained. At that time, agents and officers conducted a safety sweep of the residence while announcing police. In plain view on the kitchen table were three tape wrapped bundles consistent with narcotics. Also, in plain view in one of the bedrooms was an AK-47 assault rifle. No one else was in the residence.

6. Once the residence was secure, agents spoke to the older black male who was identified as Walter Williams, Jr. Williams, Jr., stated he was the owner of the house. Agents asked Williams, Jr., if they could search the residence for any illegal contraband. Williams, Jr., provided written consent. As agents and officers conducted a search, the three tape-wrapped bundles were taken into custody along with the AK-47 and another pistol contained in a small zipped case.

7. Agents interviewed Williams, Jr. Williams, Jr., stated his son would visit the residence at times and have friends over. Williams, Jr,. stated he was angry that there was possible drug activity going on at his house, and that he had only been home for a short while. Williams,

Jr. said he didn't know anyone who was at his house, or where the presumed drugs on the kitchen table were from. The second black male was identified and allowed to depart.

8. The driver of the Kia sedan was identified as Isaiah Allen Hernandez. CANO, CASCO, and Hernandez were transported to the DEA Houston Division Office for processing. The three bundles of suspected cocaine found on the kitchen table at 803 Foxborough Lane had a gross weight of 3.5 kilograms and will be sent to the South Central Laboratory for analysis. The six bundles of suspected cocaine seized from CANO's vehicle were field tested and tested positive for the properties of heroin. The six bundles had a gross weight of 7.05 kilograms.

9. CANO, CASCO, and Hernandez were read their Miranda Warnings at the DEA Office. CANO stated he was delivering drugs of an unknown type and CASCO had no information to provide. Hernandez invoked his right to an attorney.

10. DEA agents contacted AUSA Jimmy Leo who agreed to prosecute CASCO and CANO.

Craig Mischler
Special Agent
Drug Enforcement Administration

Subscribed and sworn to telephonically on February 24, 2021, and I hereby find probable cause.

Peter Bray
United States Magistrate
Southern District of Texas