United States Courts
Southern District of Texas
FILED

March 24, 2021

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § § | |
| v. § § | CRIMINAL NO. **4:21-cr-143** |
| **EMILIO LUIS CANO** § **JEREMY CASCO** § **ISAIAH ALLEN HERNANDEZ** § **HORUS LAMARK WILLIAMS,** § Defendants. § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
**(Conspiracy to Possess With Intent to Distribute Controlled Substance)**

On or about February 23, 2021, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, **Defendants**,

**EMILIO LUIS CANO
JEREMY CASCO
ISAIAH ALLEN HERNANDEZ
AND
HORUS LAMARK WILLIAMS,**

did knowingly and intentionally conspire and agree with each other and others known and unknown to the Grand Jury, to possess with intent to distribute 1 kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A)(i).

## COUNT TWO
### (Possession With Intent to Distribute Controlled Substance)

On or about February 23, 2021, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, **Defendants**,

**EMILIO LUIS CANO
JEREMY CASCO
ISAIAH ALLEN HERNANDEZ
AND
HORUS LAMARK WILLIAMS,**

did knowingly and intentionally aid, abet, and assist each other and others known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance. This violation involved a quantity of 1 kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(i), and Title 18, United States Code, Section 2.

## COUNT THREE
### (Conspiracy to Possess With Intent to Distribute Controlled Substance)

On or about February 23, 2021, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, **Defendants**,

**EMILIO LUIS CANO
JEREMY CASCO
ISAIAH ALLEN HERNANDEZ
AND
HORUS LAMARK WILLIAMS,**

did knowingly and intentionally conspire and agree with each other and others known and unknown to the Grand Jury, to possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and

841(b)(1)(B)(ii).

## COUNT FOUR
### (Possession With Intent to Distribute Controlled Substance)

On or about February 23, 2021, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, **Defendants**,

**EMILIO LUIS CANO**
**JEREMY CASCO**
**ISAIAH ALLEN HERNANDEZ**
**AND**
**HORUS LAMARK WILLIAMS,**

did knowingly and intentionally aid, abet, and assist each other and others known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance. This violation involved a quantity of 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii), and Title 18, United States Code, Section 2.

## NOTICE OF CRIMINAL FORFEITURE
### (21 U.S.C. § 853(a))

Pursuant to Title 21, United States Code, Section 853(a), the United States of America gives notice to **Defendants**,

**EMILIO LUIS CANO**
**JEREMY CASCO**
**ISAIAH HERNANDEZ**
**AND**
**HORUS LAMARK WILLIAMS,**

that upon conviction of an offense in violation of Title 21, United States Code, §§ 841 or 846, the following is subject to forfeiture:

1) all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation; and

3

2) all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

A TRUE BILL:

Original Signature on file
FOREPERSON OF THE GRAND JURY

JENNIFER B. LOWERY
ACTING UNITED STATES ATTORNEY

*Leo J. Leo III*
LEO J. LEO, III
Assistant United States Attorney